LAURA E. DUFFY
United States Attorney
**NICHOLAS W. PILCHAK**
Assistant United States Attorney
Massachusetts Bar No. 669658
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9709

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING SEARCH OF<br><br>GOOGLE, INC.<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 | Case No.: 15MJ2936<br><br>MOTION AND ORDER TO UNSEAL WARRANT APPLICATION, AFFIDAVIT, AND WARRANT |

FILED
16 NOV 16 AM 10:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ML  DEPUTY

The United States of America hereby moves the Court to unseal the United States' Application and Affidavit for Search and Seizure Warrant, and the Search and Seizure Warrant in the above-numbered case, together with this motion to unseal and the unsealing order. Defendants were arraigned on November 14, 2016 and the matter is no longer covert.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

DATED: November 15, 2016

NICHOLAS W. PILCHAK
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: November 15, 2016

BARBARA L. MAJOR
United States District Judge